ORIGINAL



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN D. MORALES, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| QUEENS PARK OVAL ASSET HOLDING TRUST and ROUNDPOINT MORTGAGE SERVICING CORPORATION, | § § § | 4:15CV276-A |
| | § | |
| Defendants. | § | |

## QUEENS PARK OVAL ASSET HOLDING TRUST'S CONSENT TO REMOVAL

Defendant Queens Park Oval Asset Holding Trust ("Queens Park"), files this consent to removal pursuant 28 U.S.C. § 1446(b)(2)(C).

On October 3, 2014, Plaintiffs John D. Morales ("Plaintiff") filed suit against Queens Park Oval Asset Holding Trust and RoundPoint Mortgage Servicing Corporation ("RoundPoint") under Cause No. 348-274854-14, in the 348th Judicial District Court of Tarrant County, Texas. The suit is styled, *John D. Morales v. Queens Park Oval Asset Holding Trust and RoundPoint Mortgage Servicing Corporation.*

Defendants filed their original answer on March 30, 2015. This case is removeable because Plaintiff has not properly served RoundPoint with process.

On April 1, 2015, RoundPoint filed a Notice of Removal to the U.S. District Court, Northern District of Texas, Fort Worth Division. The removal is based on federal question and diversity jurisdiction.

Queens Park agrees with the Notice of Removal and consents to removal of this action to federal court.

Respectfully submitted,

/s/ *J. Garth Fennegan*
J. Garth Fennegan
Texas Bar I.D. 24004642
*gfennegan@settlepou.com*
Jeremy J. Overbey
Texas Bar I.D. 24046570
*joverbey@settlepou.com*
Jason M. Brown
Texas Bar I.D 24087220
*jbrown@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR QUEENS PARK OVAL
ASSET HOLDING TRUST

## Certificate of Service

I certify that this document was served in accordance with the Texas Rules of Civil Procedure on April 8, 2015, by the manner indicated upon the following persons:

<u>Via CM/RRR No. 7196 9008 9111 8277 6044</u>
D. Kimberli Wallace
9500 Ray White Rd., Suite 200
Fort Worth, Texas 76244
(817) 745-4581
(817) 953-7000
kwallace@kwlawfirm.net

/s/ Jeremy J. Overbey