**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISON

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV - 6 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| JOHN D. MORALES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-00276-A |
| | § | |
| QUEENS PARK OVAL ASSET | § | |
| HOLDING TRUST AND | § | |
| ROUNDPOINT MORTGAGE | § | |
| SERVICING CORPORATION | § | |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), **JOHN D. MORALES**

("Plaintiff") and **QUEENS PARK OVAL ASSET HOLDING TRUST** AND

**ROUNDPOINT MORTGAGE SERVICING CORPORATION** (collectively,

"Defendants") hereby stipulate to the dismissal with prejudice of all claims filed in the

above-styled action.

Respectfully submitted,

By: _____

D. Kimberli Wallace
State Bar No. 00792901

D. Kimberli Wallace, PLLC
9500 Ray White Rd., Suite 200
Fort Worth, Texas 76244
Tel. (817) 745-4581
Fax (817) 953-7000
Email: kwallace@kwlawfirm.net
**ATTORNEY FOR PLAINTIFF**

PLAINTIFF'S FIRST AMENDED COMPLAINT

PAGE - 1 -

By: _____
Jason M. Brown
Texas Bar No. 24087220
jbrown@settlepou.com
J. Garth Fennegan
State Bar No. 24004642
gfennegan@settlepou.com
Jeremy J. Overbey
Texas Bar No. 24046570
joverbey@settlepou.com

SettlePou
3333 Lee Parkway, Eight Floor
Dallas, Texas 75219
(214) 520-3300(Telephone)
(214) 526-4145 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically submitted with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court and that a true and correct copy of the foregoing document was served upon the following via electronic mail and/or ECF and/or facsimile and/or certified mail, return receipt requested pursuant to the Federal Rules of Civil Procedure on this 27th day of October 2015 to: 6th November

J. Garth Fennegan
Jason Michael Brown
Jeremy Jason Overbey
SettlePou
3333 Lee Parkway
8th Floor
Dallas, TX 75219
Attorneys for Queens Park Ova Asset Holding Trust
and Roundpoint Mortgage Servicing Corporation

/s/ D. Kimberli Wallace
D. Kimberli Wallace

---

PLAINTIFF'S FIRST AMENDED COMPLAINT